# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| **JONATHAN RYAN BAHR, individually and on behalf of a class of all persons and entities similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**AGILITY INSURANCE SERVICES, LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:26-cv-01756-JAT<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Michélle du Plessis, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to AGILITY INSURANCE SERVICES, LLC in Travis County, TX on March 18, 2026 at 11:04 am at 815 Brazos St, Ste 500, Austin, TX 78701-2509 by leaving the following documents with Guy Roberts who as Attorney at Incorp Services, Inc. is authorized by appointment or by law to receive service of process for AGILITY INSURANCE SERVICES, LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT
Race: White, Sex: Male, Est. Age: 65+, Hair: Gray, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=30.2703093911,-97.7404911009
Photograph: See Exhibit 1


Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Bexar County                              ,

TX       on    3/18/2026          .

/s/ *Michlle du Plessis*

Signature
Michélle du Plessis
+1 (512) 333-1722



Exhibit 1a)