Anthony T. King, Bar No. 027459
Megan M. Carrasco, Bar No. 037109
SNELL & WILMER LLP
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:    602.382.6000
Facsimile:    602.382.6070
Email: aking@swlaw.com
        mcarrasco@swlaw.com

*Attorneys for Defendant Agility Insurance Services, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Ryan Bahr, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 2:26-cv-01756-JAT |
| Plaintiff, | **NOTICE OF ATTORNEY APPEARANCE** |
| v. | |
| Agility Insurance Services, LLC, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Anthony T. King and Megan M. Carrasco of the law firm Snell & Wilmer L.L.P. enter their Notice of Appearance as attorneys of record for Defendant Agility Insurance Services, LLC.

DATED this 6th day of April, 2026.

SNELL & WILMER L.L.P.


By: *s/ Anthony T. King*
    Anthony T. King
    Megan M. Carrasco
    One East Washington Street
    Suite 2700
    Phoenix, Arizona 85004

    *Attorneys for Defendant Agility Insurance Services, LLC*