Anthony T. King, Bar No. 027459
Megan M. Carrasco, Bar No. 037109
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:   602.382.6000
Facsimile:   602.382.6070
Email: aking@swlaw.com
        mcarrasco@swlaw.com

*Attorneys for Defendant Agility Insurance Services, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Ryan Bahr, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 2:26-cv-01756-JAT |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | **(First Request)** |
| Agility Insurance Services, LLC, | |
| Defendant. | |

Pursuant to LR Civ 7.3(a), the Parties, by and through undersigned counsel, hereby stipulate and agree to extend the deadline for Defendant Agility Insurance Services, LLC ("Defendant") to answer or otherwise respond to Plaintiff's Complaint from Wednesday, April 8, 2026 to Friday, April 17, 2026. Good cause exists for this short extension because undersigned counsel for Defendant was just recently retained and will need additional time to investigate the underlying facts and draft a proper and thorough response to Plaintiff's Class Action Complaint. Plaintiff has agreed to the extension. This is Defendant's first request for an extension, and is not sought for purposes of delay. Accordingly, the Parties respectfully request that the Court grant this Stipulation and enter the proposed order filed concurrently herewith.

DATED this 6th day of April, 2026.

SNELL & WILMER L.L.P.                PERRONG LAW LLC


By: *s/ Anthony T. King*              By: *s/ Andrew Perrong (with permission)*
    Anthony T. King                      Andrew Perrong
    Megan M. Carrasco                    2657 Mount Carmel Avenue
    One East Washington Street           Glenside, Pennsylvania 19038
    Suite 2700
    Phoenix, Arizona 85004               *Attorneys for Plaintiff Jonathan Ryan*
                                     *Bahr*
*Attorneys for Defendant Agility*
*Insurance* Services*, LLC*

- 2 -