IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Ryan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>Agility Insurance Services, LLC,<br><br>        Defendant. | Case No. 2:26-cv-01756-JAT<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

The Court having received the parties' Stipulation to Extend Deadline to Respond to Plaintiff's Complaint (First Request) (Doc. 8) ("Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED granting the Stipulation.

IT IS FURTHER ORDERED that Defendant shall have through April 17, 2026 to Answer or otherwise respond to Plaintiff's Complaint.