# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Ryan Bahr, | No. CV-26-01756-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Agility Insurance Services LLC, | |
| Defendant. | |

The Court having received the parties' Stipulation to Extend Deadline to Respond to Plaintiff's Complaint (First Request) ("Stipulation"), and good cause appearing,

**IT IS ORDERED** granting the Stipulation  (Doc. 8).

**IT IS FURTHER ORDERED** that Defendant shall have through April 17, 2026, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 6th day of April, 2026.

_____
James A. Teilborg
Senior United States District Judge