Andrew Roman Perrong (*Pro Hac Vice*)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
a@perronglaw.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Ryan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>Agility Insurance Services, LLC,<br><br>     Defendant. | Case No. 2:26-cv-01756-JAT<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR Civ 7.3(a), the Parties, by and through undersigned counsel, hereby stipulate and agree to extend the deadline for Plaintiff Jonathan Bahr ("Plaintiff") to answer or otherwise respond to Defendant's Motion to Dismiss shall be extended until May 15, 2026. Good cause exists for this short extension because undersigned counsel for Plaintiff requires additional time within which to evaluate the motion and relevant facts to determine whether the motion may be cured, or substantially cured, through amendment, and/or to formulate an appropriate response. Defendant has agreed to the extension. This is Plaintiff's first request for an extension, and is not sought for purposes of delay.

Accordingly, the Parties respectfully request that the Court grant this Stipulation and enter the proposed order filed concurrently herewith.

DATED this 28th day of April, 2026.

SNELL & WILMER L.L.P.                          PERRONG LAW LLC


By: *s/ Anthony T. King (with permission)*     By: *s/ Andrew Perrong*
    Anthony T. King                              Andrew Perrong
    Megan M. Carrasco                            2657 Mount Carmel Avenue
    One East Washington Street                   Glenside, Pennsylvania 19038
    Suite 2700
    Phoenix, Arizona 85004                       *Attorneys for Plaintiff Jonathan Ryan Bahr*

    *Attorneys for Defendant Agility Insurance* Services, *LLC*

*Vice*

2