IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Ryan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>Agility Insurance Services, LLC,<br><br>                Defendant. | Case No. 2:26-cv-01756-JAT<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS** |

The Court having received the parties' Stipulation to Extend Deadline to Respond to Defendant's Motion to Dismiss (First Request) (Doc. __) ("Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED granting the Stipulation.

IT IS FURTHER ORDERED that Plaintiff shall have through May 15, 2026 to file a response to Defendant's Motion to Dismiss or file an Amended Complaint.