# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Ryan Bahr, individually and on behalf of a class of all persons and entities similarly situated<br><br>Plaintiff,<br><br>v.<br><br>Agility Insurance Services LLC,<br><br>Defendant. | No. CV-26-01756-PHX-JAT<br><br>**ORDER** |

Good cause appearing,

**IT IS ORDERED** granting the stipulation for extension of time (Doc. 11); Plaintiff has until May 15, 2026, to respond to the motion to dismiss or file an amended complaint.

Dated this 30th day of April, 2026.

James A. Teilborg
Senior United States District Judge