**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jonathan Ryan Bahr, | No. CV-26-01756-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Agility Insurance Services LLC and Justin Surkes, | |
| Defendants. | |

An amended complaint having been filed,

**IT IS ORDERED** denying without prejudice the motion to dismiss the original complaint (Doc. 10).

**IT IS FURTHER ORDERED** that Defendant Agility Insurance Services LLC must respond to the amended complaint (Doc. 13) by May 29, 2026.

**IT IS FURTHER ORDERED** that Plaintiff must serve newly added Defendant Justin Surkes by June 8, 2026.

Dated this 18th day of May, 2026.

_____
James A. Teilborg
Senior United States District Judge