# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| **JONATHAN RYAN BAHR, individually and on behalf of a class of all persons and entities similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **AGILITY INSURANCE SERVICES, LLC, and JUSTIN SURKES** <br><br> *Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. 2:26-cv-01756-JAT<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Jamar Charles, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to JUSTIN SURKES in Miami-Dade County, FL on May 19, 2026 at 6:29 pm at 2220 NE 2nd Ave, Apt 1010, Miami, FL 33137-5482 by personal service by handing the following documents to an individual identified as JUSTIN SURKES.

Summons in a Civil Action and First Amended Class Action Complaint

Race: Hispanic or Latino, Sex: Male, Est. Age: 25-34, Hair: Black, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=25.7983766542,-80.1911984459
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Miami-Dade County_                ,

___FL___ on ___5/21/2026___ .

/s/ *Jamar Charles*

Signature
Jamar Charles
+1 (786) 448-3869



Exhibit 1a)