Anthony T. King, Bar No. 027459
Megan M. Carrasco, Bar No. 037109
SNELL & WILMER LLP
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:    602.382.6000
Facsimile:    602.382.6070
Email: aking@swlaw.com
           mcarrasco@swlaw.com

*Attorneys for Defendant Agility Insurance Services, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Ryan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Agility Insurance Services, LLC, and Justin Surkes,<br><br>Defendants. | Case No. 2:26-cv-01756-JAT<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR Civ 7.3(a), Plaintiff and Defendant Agility Insurance Services, LLC ("Agility"), by and through undersigned counsel, hereby stipulate and agree to extend the deadline for Agility to answer or otherwise respond to Plaintiff's first amended complaint (Doc. 13) from Friday, May 29, 2026 to Friday, June 12, 2026. Good cause exists for this two-week extension because Plaintiff recently filed a first amended complaint with multiple new factual allegations. Agility will need additional time to investigate and assess such new factual allegations and draft a proper and thorough response to Plaintiff's first amended complaint. Plaintiff has agreed to the extension. This is Agility's first request for an extension of time to respond to Plaintiff's first amended complaint, and is not sought

for purposes of delay. Accordingly, Plaintiff and Agility respectfully request that the Court grant this Stipulation and enter the proposed order filed concurrently herewith.

DATED this 27th day of May, 2026.

SNELL & WILMER L.L.P.

By: s/ Anthony T. King
    Anthony T. King
    Megan M. Carrasco
    One East Washington Street
    Suite 2700
    Phoenix, Arizona 85004

*Attorneys for Defendant Agility Insurance* Services*, LLC*

PERRONG LAW LLC

By: s/ Andrew Perrong (with permission)
    Andrew Perrong
    2657 Mount Carmel Avenue
    Glenside, Pennsylvania 19038

*Attorneys for Plaintiff Jonathan Ryan Bahr*

- 2 -