IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Ryan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>Agility Insurance Services, LLC, and Justin Surkes,<br><br>        Defendants. | Case No. 2:26-cv-01756-JAT<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

The Court having received a Stipulation to Extend Deadline to Respond to Plaintiff's First Amended Complaint (First Request) (Doc. __) ("Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED granting the Stipulation.

IT IS FURTHER ORDERED that Defendant Agility Insurance Services, LLC shall have through Friday, June 12, 2026 to Answer or otherwise respond to Plaintiff's First Amended Complaint (Doc. 13).