IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Ryan Bahr, | No. CV-26-01756-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Agility Insurance Services LLC and Justin Surkes, | |
| Defendants. | |

Good cause appearing,

**IT IS ORDERED** granting the stipulation for extension of time to respond to the First Amended Complaint (Doc. 17) such that Defendant Agility Insurance Services, LLC, shall answer or otherwise respond to the First Amended Complaint by June 12, 2026.

Dated this 28th day of May, 2026.

James A. Teilborg
Senior United States District Judge