**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

JONATHAN RYAN BAHR, individually
and on behalf of a class of all persons and
entities similarly situated.,

Plaintiff,

v.

AGILITY INSURANCE SERVICES, LLC,
And JUSTIN SURKES,

Defendant.

_____/

Civil Action No. 2:26-cv-01756-JAT

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Danielle V. Latte from the firm of LATTE LEGAL

SOLUTIONS PLLC hereby enters her Notice of Appearance on behalf of Defendant in the

above-styled case, Justin Surkes ("Defendant").

All further motions, notices, and correspondence should be directed to the undersigned

at the following email address: Lattelegalsolutions@outlook.com.

Respectfully submitted,

*/s/ Danielle V. Latte*
**DANIELLE V. LATTE**
*Pro Hac Vice Pending*
Florida Bar No. 1048755
Lattelegalsolutions@outlook.com
LATTE LEGAL SOLUTIONS PLLC
8450 NW 102nd Ave Apt 336
Doral, FL 33178

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

electronically filed with the Clerk of Court via the Court's CM/ECF system and served upon

counsel of record, Andrew Perrong, at a@perronglaw.com, on June 9, 2026.

*/s/ Danielle V. Latte*
**DANIELLE V. LATTE**