**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

JONATHAN RYAN BAHR, individually
and on behalf of a class of all persons and
entities similarly situated.,

Plaintiff,

v.

AGILITY INSURANCE SERVICES, LLC,
And JUSTIN SURKES,

  Defendant.

_____/

Civil Action No. 2:26-cv-01756-JAT

## DEFENDANT JUSTIN SURKES´ MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Justin Surkes ("Defendant"), by and through undersigned counsel, respectfully moves this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1 of the United States District Court for the District of Arizona, for an extension of time to respond to Plaintiff's Complaint, and states as follows:

1.    Defendant recently retained the undersigned to represent them in this matter.

2.    Undersigned counsel requires additional time to review the Complaint, investigate the allegations, consult with Defendants, and prepare a complete and adequate response.

3.    This is Defendant's first request for an extension of time to respond to the Complaint.

4.    This motion is made in good faith and not for the purpose of delay.

5.    No party will be prejudiced by the granting of this extension.



**WHEREFORE**, Defendants respectfully request an extension of twenty (20) days to respond to Plaintiff's Complaint, and for such other and further relief as the Court deems just and proper.

<u>**CERTIFICATE OF CONFERRAL**</u>

Undersigned counsel certifies that counsel for Defendants conferred with counsel for Plaintiff regarding the relief requested in this Motion. Plaintiff's counsel has indicated that Plaintiff does not object to the requested relief.

Dated: June 9, 2026

Respectfully submitted,

*/s/ Danielle V. Latte*
**DANIELLE V. LATTE**
*Pro Hac Vice Pending*
Florida Bar No. 1048755
Lattelegalsolutions@outlook.com
LATTE LEGAL SOLUTIONS PLLC
8450 NW 102nd Ave Apt 336
Doral, FL 33178
(786)303-5022

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court via the Court's CM/ECF system and served upon counsel of record, Andrew Perrong, at a@perronglaw.com, on June 9, 2026.

*/s/ Danielle V. Latte*
**DANIELLE V. LATTE**

