## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| JONATHAN RYAN BAHR, individually and on behalf of a class of all persons and entities similarly situated., | Civil Action No. 2:26-cv-01756-JAT |

Plaintiff,

v.

AGILITY INSURANCE SERVICES, LLC,
And JUSTIN SURKES,

 Defendant.

_____/

## ORDER GRANTING DEFENDANT JUSTIN SURKES' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS MATTER came before the Court upon Defendant Justin Surkes' Motion for Extension of Time to Respond to Complaint.

The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that good cause exists for the requested extension.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant Justin Surkes' Motion for Extension of Time to Respond to Complaint is GRANTED.

Defendant Justin Surkes shall have an additional twenty (20) days to respond to Plaintiff's Complaint. Defendant's response shall be due on or before June 29, 2026.

DONE AND ORDERED this ____ day of _____, 2026.

_____

