# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Ryan Bahr, individually and on behalf of a class of all persons and entities similarly situated, | No. CV-26-01756-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Agility Insurance Services LLC and Justin Surkes, | |
| Defendants. | |

Good cause appearing,

**IT IS ORDERED** granting the unopposed motion for extension of time (Doc. 20) to respond to the First Amended Complaint such that Defendant Justin Surkes, shall answer or otherwise respond to the First Amended Complaint by June 29, 2026.

Dated this 9th day of June, 2026.

James A. Teilborg
Senior United States District Judge