Danielle V. Latte Bar No. 1048755
Latte Legal Solutions PLLC
8450 NW 102nd Ave Apt 336
Doral, FL 33178
Telephone: 786-303-5022
Email: Lattelegalsolutions@outlook.com
Admitted Pro Hac Vice
Counsel for Defendant Justin Surkes

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF ARIZONA

JONATHAN RYAN BAHR,                          Case No. 2:26-cv-01756-JAT

individually and on behalf of a class of

all persons and entities similarly

situated.,

Plaintiff,                                   **UNOPPOSED JOINT
                                             MOTION FOR LEAVE FOR
vs.                                          COUNSEL TO APPEAR
                                             REMOTELY**

AGILITY INSURANCE SERVICES,
LLC, and JUSTIN SURKES,

Defendant.

Plaintiff Jonathan Ryan Bahr ("Plaintiff") and Defendant Justin Surkes

("Defendant"), by and through their respective counsel, jointly move

this Court for leave for their counsel—Andrew Perrong for Plaintiff and

Danielle V. Latte for Defendant Justin Surkes—to appear remotely at the Rule

[1] Pursuant to LRCiv 7.2(j), before filing this Motion, counsel for Plaintiff, Defendant
Justin Surkes, and Defendant Agility Insurance Services LLC conferred regarding the
relief requested herein. Plaintiff and Defendant Justin Surkes jointly submit this Motion,
and Defendant Agility Insurance Services LLC does not oppose the requested relief.

16 Scheduling Conference by telephone, Zoom videoconference, or another remote means approved by the Court, and state:

1.    On July 2, 2026, the Court entered its Order Setting Rule 16 Scheduling Conference, scheduling the conference for August 5, 2026, at 11:00 a.m. in Courtroom 401 of the Sandra Day O'Connor United States Federal Courthouse in Phoenix, Arizona. [D.E. 24].

2.    Moving counsel have been admitted pro hac vice in this action.

3.    Counsel for the Defendant, Danielle V. Latte, is located in Miami, Florida.

4.    Counsel for the Plaintiff, Andrew Perrong, is located in Glenside, Pennsylvania.

5.    Requiring undersigned counsel to travel to Phoenix, Arizona solely for the Rule 16 Scheduling Conference would be impractical and would result in unnecessary expense.

6.    Both counsel are fully prepared to participate by telephone, Zoom videoconference, or another remote means designated by the Court, and will comply with the Court's instructions. Granting this Motion will allow the conference to proceed without delay, promote judicial economy, reduce costs, and cause no prejudice.

7.   Counsel for Defendant Agility Insurance Services, LLC is located in Arizona, intends to appear in person at the Scheduling Conference, and does not oppose the relief requested in this Motion.

WHEREFORE, Plaintiff and Defendant jointly request that the Court permit Plaintiff's counsel, Andrew Perrong, and Defendant's counsel, Danielle V. Latte, to appear at the August 5, 2026 Rule 16 Scheduling Conference by telephone, Zoom videoconference, or another remote means approved by the Court, and grant such other relief as the Court deems just and proper.

Dated: July 21, 2026

*/s/ Andrew Perrong*
**ANDREW PERRONG**
*Pro Hac Vice*
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
(215) 225-5529

*Counsel for Plaintiff*

*/s/ Danielle V. Latte*
**DANIELLE V. LATTE**
*Pro Hac Vice*
Florida Bar No. 1048755
Lattelegalsolutions@outlook.com
LATTE LEGAL SOLUTIONS PLLC
8450 NW 102nd Ave Apt 336
Doral, FL 33178
786-303-5022

*Counsel for Defendant Justin Surkes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July, 2026, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record including:

| | |
|---|---|
| Andrew Perrong<br>Email: a@perronglaw.com<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>Telephone: (215) 225-5529<br><br>*Counsel for Plaintiff* | Anthony T. King, Bar No. 027459<br>Megan M. Carrasco, Bar No. 037109<br>SNELL & WILMER LLP<br>One East Washington Street<br>Suite 2700<br>Phoenix, Arizona 85004-2556<br>Telephone: 602.382.6000<br>Facsimile: 602.382.6070<br>Email: aking@swlaw.com<br>mcarrasco@swlaw.com<br><br>*Counsel for Defendant Agility Insurance Services, LLC* |
| DANIELLE V. LATTE<br>Lattelegalsolutions@outlook.com<br>LATTE LEGAL SOLUTIONS PLLC<br>8450 NW 102nd Ave Apt 336<br>Doral, FL 33178<br>786-303-5022<br><br>*Counsel for Defendant Justin Surkes* | |

*/s/ Danielle V. Latte*
**DANIELLE V. LATTE**

4