**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| JONATHAN RYAN BAHR, individually and on behalf of a class of all persons and entities similarly situated., | Case No. 2:26-cv-01756-JAT |
| Plaintiff, | **[PROPOSED ORDER GRANTING] JOINT MOTION FOR LEAVE FOR COUNSEL TO APPEAR REMOTELY** |
| vs. | |
| AGILITY INSURANCE SERVICES, LLC, and JUSTIN SURKES, | |
| Defendant. | |

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the Unopposed Motion is GRANTED. Counsel Andrew Perrong for Plaintiff and Danielle V. Latte for Defendant are granted leave to appear remotely at the Rule 16 Scheduling Conference in this matter.