Anthony T. King, Bar No. 027459
Megan M. Carrasco, Bar No. 037109
SNELL & WILMER LLP
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:    602.382.6000
Facsimile:    602.382.6070
Email: aking@swlaw.com
        mcarrasco@swlaw.com

*Attorneys for Defendant Agility Insurance Services, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Ryan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Agility Insurance Services, LLC, and Justin Surkes,<br><br>Defendants. | Case No. 2:26-cv-01756-JAT<br><br>**DEFENDANT AGILITY INSURANCE SERVICES, LLC'S INITIAL DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that Defendant Agility Insurance Services, LLC, by and through undersigned counsel, served its Initial Disclosure Statement on the parties' counsel of record in this action on July 31, 2026.

///

///

4923-2470-5730

Dated: July 31, 2026

SNELL & WILMER L.L.P.

By: *s/Megan Carrasco*
Anthony T. King
Megan M. Carrasco
One East Washington
Street
Suite 2700
Phoenix, Arizona
85004-2556

*Attorneys for Defendant
Agility Insurance
Services, LLC*

4921-7122-7330

- 2 -

4923-2470-5730