DANIELLE V. LATTE
Florida Bar No. 1048755
Lattelegalsolutions@outlook.com
LATTE LEGAL SOLUTIONS PLLC
8450 NW 102nd Ave Apt 336
Doral, FL 33178
(786) 303-5022

*Attorneys for Defendant Justin Surkes*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Ryan Bahr, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 2:26-cv-01756-JAT |
| Plaintiff, | **DEFENDANT JUSTIN SURKES' INITIAL DISCLOSURE STATEMENT** |
| v. | |
| Agility Insurance Services, LLC, and Justin Surkes, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendant Justin Surkes, by and through undersigned counsel, served his Initial Disclosure Statement on the parties' counsel of record in this action on July 31, 2026.

///

///

Dated: August 3, 2026.

LATTE LEGAL SOLUTIONS PLLC


*DANIELLE V. LATTE*
*Florida Bar No. 1048755*
*Lattelegalsolutions@outlook.com*
*LATTE LEGAL SOLUTIONS PLLC*
*8450 NW 102nd Ave Apt 336*
*Doral, FL 33178*
*(786) 303-5022*

*Attorneys for Defendant Justin Surkes*