IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Ryan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Agility Insurance Services, LLC, and Justin Surkes,<br><br>Defendants. | Case No. 2:26-cv-01756-JAT<br><br>**ORDER GRANTING MOTION TO BIFURCATE DISCOVERY** |

The Court having received and considered Agility Insurance Services, LLC's Motion to Bifurcate Discovery (Doc. __) (the "Motion"), and good cause appearing,

IT IS HEREBY ORDERED granting the Motion for the reasons stated in the Motion.

IT IS FURTHER ORDERED that discovery in this action is hereby bifurcated into two phases (Phase 1 and Phase 2). Phase 1 shall address the merits of Plaintiff Jonathan Ryan Bahr's ("Plaintiff") individual TCPA claims first, before any class wide discovery is conducted concerning class wide issues (Phase 2). The individual issues for Phase 1 discovery include the following:

(1) whether Plaintiff is a residential telephone subscriber,

(2) whether Plaintiff properly registered his telephone number on the National Do Not Call Registry,

(3) whether Plaintiff received more than one phone call from Defendants in a 12-month period,

(4) whether Plaintiff received any calls with pre-recorded messages,

(5) whether Plaintiff gave his prior express written consent to be called (or otherwise consented to or encouraged any calls),

(6) whether Plaintiff has standing to bring his TCPA claims or would be an appropriate class representative for the alleged Classes,

(7) whether Agility can be directly or vicarious liable for any of the phone calls allegedly made by Defendant Justin Surkes ("Surkes") to Plaintiff, and

(8) any other factual matter related to Plaintiff's individual TCPA claims against Defendants.

IT IS FURTHER ORDERED that the following deadlines shall govern Phase 1 discovery:

- Phase 1 discovery shall commence August 28, 2026 and conclude on December 18, 2026.
- Dispositive motions on the merits of Plaintiff's individual TCPA claims are due January 15, 2027.
- Phase 2 discovery, if necessary, will commence after the Court's resolution of the parties' dispositive briefing on Phase 1 discovery.

IT IS FURTHER ORDERED that discovery shall be limited to the issues identified in this Order for Phase 1 discovery, and any discovery for Phase 2 discovery is hereby stayed until further order of the Court.