Andrew Perrong
Counsel for Plaintiff
Email: a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Glenside, PA 19038
Telephone: (215) 225-5529

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JONATHAN RYAN BAHR, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 2:26-cv-01756-JAT |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| AGILITY INSURANCE SERVICES, LLC, | |
| and | |
| JUSTIN SURKES | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff Jonathan Ryan Bahr, by and through undersigned counsel, served his first set of discovery on Defendant Agility Insurance Services, LLC and on Defendant Justin Surkes in this action on August 6, 2026.

4898-8411-2830

2

Date: August 9, 2026

/s/ Andrew Perrong
Andrew Perrong
Email: a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529 (CALL-LAW)
*Subject to Pro Hac Vice*

2

4898-8411-2830

<u>CERTIFICATE OF SERVICE</u>

I, hereby certify that on August 9, 2026, I served the foregoing by filing a copy via CM/ECF.

<u>/s/ Andrew Perrong</u>
Andrew Perrong
Email: a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529 (CALL-LAW)
*Subject to Pro Hac Vice*

3

4898-8411-2830