Anthony T. King, Bar No. 027459
Megan M. Carrasco, Bar No. 037109
SNELL & WILMER LLP
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
Email: aking@swlaw.com
mcarrasco@swlaw.com

*Attorneys for Defendant Agility Insurance Services, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Ryan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Agility Insurance Services, LLC, and Justin Surkes,<br><br>Defendants. | Case No. 2:26-cv-01756-JAT<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS HEREBY GIVEN, pursuant to LRCiv 5.2, that on October 2, 2026, Defendant Agility Insurance Services, LLC, through undersigned counsel, served its Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production via email to all parties.

**DATED October 7, 2026**

SNELL & WILMER L.L.P.

By: */s/ Anthony T. King*
Anthony T. King
Megan M. Carrasco

*Attorneys for Defendant Agility Insurance Services, LLC*

SNELL & WILMER